UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sorreda Transport, LLC

    v.  Case No. 19-cv-1226-PB

Federal Motor Carriers Safety Administration

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 23, 2019 . The complaint (Doc. No. 1) is dismissed, and the ex parte motion for a temporary restraining order (Doc. No. 2) is denied without prejudice. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                          /s/ Paul Barbadoro
                                          _____
                                          Paul Barbadoro
                                          United States District Judge

Date: January 10, 2020

cc: Keith A. Mathews, Esq.